IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>  v.<br><br>JOHN A. HICKEY,<br><br>    Defendant.<br>                                              / | No. CR 97-0218 WHA<br><br>**ORDER REGARDING**<br>**SELF-SURRENDER DATE** |

     Based on Attorney Cohen's unequivocal representation under oath that he will today immediately file with the Ninth Circuit a motion for bail pending appeal, defendant Hickey's self-surrender date is hereby stayed until **TWO DAYS** following any denial by the Ninth Circuit of defendant's motion. *See* Ninth Circuit Rule 9-1.1(e); *United States v. Fuentes*, 946 F.2d 621 (9th Cir. 1991). At that time, defendant shall report to the United States Marshal's Office located in this district court, or directly to the Bureau of Prisons facility to which defendant has been designated. Attorney Cohen is instructed to advise the Court and the United States Marshal's Office *immediately* upon any such denial by the Ninth Circuit.

     **IT IS SO ORDERED.**

Dated: July 6, 2006

                                                    WILLIAM ALSUP
                                                    UNITED STATES DISTRICT JUDGE