IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>  v.<br><br>JOHN A. HICKEY,<br><br>    Defendant.<br>                                           / | No. CR 97-00218 WHA<br><br>**ORDER TO SHOW CAUSE** |

Defendant has moved to vacate, set aside, or correct his sentence, asserting ineffective assistance of trial counsel. The motion and case files do not "conclusively show" that defendant is not entitled to relief. *See* 28 U.S.C. 2255. The government is ordered to show cause within **60 DAYS** why the motion should not be granted, if that is its position, and to file then all portions of the record previously transcribed and relevant to the motion. The Clerk shall serve this order upon defendant and the United States. If the government opposes the motion, defendant shall have **30 DAYS** from submission of the opposition to reply.

In addition, this order shall note that defendant's memorandum in support of his motion states that it is a "preliminary" brief, and that defendant "reserv[es] the right to supplement" the brief (Br. 1–2). Defendant shall not file any such supplement without being granted leave to do so. In order to seek leave to file such supplemental brief, defendant must file a précis that summarizes the essence of the supplement and the authority that would allow the late filing. If the government opposes approval to file based on the précis, its counsel may file an opposition by noon on the second business day following the day on which the précis was filed. Both the précis and the opposition must be three double-spaced pages or shorter and may not contain

footnotes or attachments. After considering the précis and the opposition (if any), the Court will either grant or deny leave to file a supplemental brief. Again, if this procedure is not followed, defendant may not file a supplement to his motion. This does not include his reply brief, of course.

**IT IS SO ORDERED.**

Dated: April 27, 2011.



WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE