IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>  v.<br><br>JOHN A. HICKEY,<br><br>    Defendant.<br>                                  / | No. CR 97-00218 WHA<br><br>**ORDER GRANTING GOVERNMENT'S REQUEST FOR AN EXTENSION OF TIME TO RESPOND TO DEFENDANT'S SECTION 2255 MOTION** |

The government requests an extension of time to respond to defendant's Section 2255 motion. For good cause shown, the government's deadline to file an opposition to the motion is continued to **AUGUST 29, 2011**. Defendant shall have **30 DAYS** after the government files its opposition to reply. The government shall please not ask for any further extensions.

**IT IS SO ORDERED.**

Dated: June 15, 2011.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE