IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JOHN A. HICKEY,<br><br>Defendant.<br>                                                       / | No. CR 97-00218 WHA<br><br>**ORDER MODIFYING ORDER OF GENERAL DUTY JUDGE GRANTING GOVERNMENT'S SECOND REQUEST FOR AN EXTENSION OF TIME TO RESPOND TO DEFENDANT'S SECTION 2255 MOTION** |

Given that the government submitted its proposed order to the general duty judge for consideration without consulting the undersigned's staff or waiting for an order from the undersigned despite the fact that their brief was not yet due, this order modifies the form of the government's proposed order signed by the general duty judge:

The government requests a second extension of time to respond to defendant's Section 2255 motion. For good cause shown, the government's deadline to file an opposition to the motion is continued to **SEPTEMBER 8, 2011**. Defendant shall have **30 DAYS** after the government files its opposition to reply. This will be the last extension for the government.

**IT IS SO ORDERED.**

Dated: August 29, 2011.

                                                                                              
WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE