# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF CALIFORNIA
### San Francisco Venue

## Report on Offender Under Supervision

**Name of Offender**
John A. Hickey

**Docket Number**
0971 3:97CR00218-002 WHA

**Name of Sentencing Judge:**  The Honorable William Alsup
United States District Judge

**Date of Original Sentence:**  March 16, 2006

**Original Offense**
Counts Four through Eleven: Mail Fraud and Aiding and Abetting, 18 U.S.C. §§ 1341 and 2, Class D Felonies.
Counts Twelve and Thirteen: Securities Fraud and Aiding and Abetting, 15 U.S.C. §§ 78j(b) and 78ff, 17 C.F.R. 240.10b-5, and 18 U.S.C. § 2, Class C Felonies.

**Original Sentence:** 97 months custody and three (3) years supervised release on all counts, to run concurrently.
**Special Conditions:** $17,454,581 ($12,256,090.33 to be paid joint and several) restitution; $500 assessment; $15,000 fine; no new lines of credit or debt; access to financial information; search; no contact with co-offender, namely Mamie Tang; not own or possess any firearms, ammunition, destructive devices, or other dangerous weapons; DNA collection.

**Prior Form(s) 12:** On January 6, 2014, Mr. Hickey's monthly restitution payment amount was modified to a rate of not less than $100 per month.

**Type of Supervision**
Supervised Release
**Assistant U.S. Attorney**
Timothy Crudo and Christopher Steskal

**Date Supervision Commenced**
August 10, 2013
**Defense Counsel**
Joseph P. Russoniello (Appointed)

### Petitioning the Court to Take Judicial Notice

### Cause

Mr. Hickey was ordered to pay a $500 special assessment, $15,000 fine, and restitution in the amount of $17,454,581, of which 12,256,090.33 is to be paid joint and several, at a monthly rate of not less than $100. Mr. Hickey has satisfied the special assessment. In addition, he has made consistent monthly payments of $100 towards the restitution balance, as court-ordered. There is

RE:   Hickey, John A                                                                                                           2
         0971 3:97CR00218-002 WHA

an outstanding fine balance of $15,000, which is to be paid after the restitution balance is paid in full. Furthermore, periodic financial reviews have been conducted, which revealed his monthly restitution payment is commensurate with his ability to pay.

Mr. Hickey is currently working for his mother's company, Ecolux, Inc. He has reported his income as $100 per month. He resides with his mother, who suffers from Alzheimer's disease, and is her caretaker. Mr. Hickey reported his mother's income pays all of the household expenses.

To date, he has paid a total of $5,150 towards the restitution and has an outstanding balance of $17,449,431. Considering both a fine and restitution were ordered, submitted payments have been applied to the restitution prior to the fine.

### Action Taken and Reason

The purpose of this report is to provide notice Mr. Hickey is set to expire from supervision on August 9, 2016. It is the undersigned officer's recommendation for the Court to take judicial notice of the unpaid fine and restitution balance, and permit supervision to expire as scheduled. Pursuant to 18 U.S.C. §§ 3613(b) and (f), the defendant's liability to pay a fine and restitution shall terminate the later of 20 years from the entry of judgment or 20 years after the defendant's release from imprisonment, or upon death of the individual. Thus, considering Mr. Hickey's term of supervised release commenced on August 10, 2013, the United States Attorney's Office has the authority to collect the remaining fine and restitution until the year 2033.

Respectfully submitted,                              Reviewed by:

_____                         _____
Kristen Coleman                                            Aaron Tam
U.S. Probation Officer                                    Supervisory U.S. Probation Officer
Date Signed: August 4, 2016

**RE:**   Hickey, John A 3
 0971 3:97CR00218-002 WHA

THE COURT ORDERS:

- [x] The Court concurs and takes judicial notice. Supervision shall expire on August 9, 2016, with an outstanding fine and restitution balance.
- [ ] Submit a request to modify supervision
- [ ] Submit a request for a warrant
- [ ] Submit a request for summons
- [ ] Other:

August 4, 2016
_____    _____
Date                                                              William Alsup
                                                                        United States District Judge

NDC-SUPV-FORM 12A   4/6/2015